UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ZAKS, ET AL                           :

v.                                    :    NO. 3:01cv2266 (JBA)
                                                 LEAD
TES FRANCHISING, LLC, ET AL           :

### ORDER OF DISMISSAL

This case is being administratively closed pending arbitration with the right of any party to have the case restored to the docket if filed within sixty (60) days following the conclusion of the parties' arbitration proceedings.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>December     , 2004</u>