FILED ORIGINAL
2005 FEB -3 A 9: 36
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ZAKS, ET AL  :  CASE NUMBER: 3:01 CV 2266 (JBA)
    Plaintiffs
vs.  :

TES FRANCHISING, LLC, ET AL  :  January 27, 2005
    Defendants

JOINT REQUEST FOR
CLARIFICATION

1. On July 9, 2004, the Court issued a decision which states in part:

> "The issue then, as in Gambardella, "is not whether non-signatories to the agreement can be compelled to arbitrate; rather, it is whether these non-signatories may compel plaintiff, admittedly a party to the contract, to arbitrate." Gambardella, 218 F.Supp.2d at 243. The Court concludes that the non-signatories to the Franchise Agreements may enforce the arbitration agreement."

2. Whether in reaching this conclusion the Court intended to order the non-signatory parties:

> The Entrepreneur's Source, Inc., and
> Terry Powell

to be compelled to participate in and be bound by the arbitration process, or not.

| PLAINTIFF | DEFENDANTS |
|---|---|
| T. Barry Stephens | TES Franchising, LLC |
|  | The Entrepreneur's Source, Inc. |
|  | Terry Powell |

By _____
John Q. Gale, His Attorney
Gale & Kowalyshyn, LLC
363 Main Street - 4th Flr.
Hartford, CT  06106
Federal Bar ct05206
(860) 522 8296

By _____
Alec G. Sohmer, Their Attorney
Law Office of Alec Sohmer
71 Legion Parkway, Suite 23
Brockton, MA  02301
Federal Bar ct23332
(508) 583-6510