

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN ZAKS,
 Plaintiffs
vs.

TES FRANCHISING, LLC,
THE ENTREPRENEUR'S SOURCE, INC., and
TERRY POWELL,
 Defendants

: CASE NUMBER: 3:01 CV 2266 (JBA)

:

:

: November 22, 2005

### STIPULATION for DISMISSAL

It is hereby stipulated by all parties appearing in this action that the above-entitled action be dismissed with prejudice and with no costs to any party.

PLAINTIFF
Steven Zaks

By _____
John Q. Gale, His Attorney
Gale & Kowalyshyn, LLC
363 Main Street - 4th Flr.
Hartford, CT  06106
Federal Bar ct05206
(860) 522 8296

DEFENDANTS
TES Franchising, LLC
The Entrepreneur's Source, Inc.
Terry Powell

By _____
Scott C. Kern, Their Attorney
205 Church Street, Suite 321
New Haven, CT  06510
Federal Bar ct24822
(203) 782-9076

By _Mark J. Klein_
Mark J. Klein, His Attorney
1102 Bryant Building
1102 Grand Boulevard
Kansas City, MO  64105
Federal Bar ct23210
(816) 474-6137

By _Alec Sohmer / by MJK_
Alec G. Sohmer, Their Attorney
Law Office of Alec Sohmer
71 Legion Parkway, Suite 23
Brockton, MA  02301
Federal Bar ct23332
(508) 583-6510